

FILED
February 11, 2015
Third Court of Appeals
Jeffrey D. Kyle
Clerk

ACCEPTED
03-14-00398-CR
4061641
THIRD COURT OF APPEALS
AUSTIN, TEXAS
2/6/2015 4:33:45 PM
JEFFREY D. KYLE
CLERK

NO. 03-14-00398-CR

| | | | |
|---|---|---|---|
| **BENNY RIVERA RODGERS** | § | **IN THE** | RECEIVED IN<br>3rd COURT OF APPEALS<br>AUSTIN, TEXAS |
| | § | | 2/6/2015 4:33:45 PM |
| **v.** | § | **THIRD COURT OF APPEALS** | JEFFREY D. KYLE<br>Clerk |
| | § | | |
| **STATE OF TEXAS** | § | **CONCHO COUNTY, TEXAS** | |

## MOTION TO WITHDRAW AS COURT APPOINTED COUNSEL FOR APPELLANT BENNY RIVERA RODGERS

TO THE HONORABLE JUSTICES OF THE THIRD COURT OF APPEALS,

Now Comes Attorney Amy Hennington in the above styled and numbered cause, and moves this Court to grant his Motion To Withdraw As Court Appointed Counsel For Appellant BENNY RIVERA RODGERS, and for good cause shows the following:

I.

This case is currently on appeal before this Court from the 119th Judicial District Court of Concho County, Texas. The trial court case from which Appellant BENNY RIVERA RODGERS appeals is styled: *State of Texas v Benny Rivera Rodgers; Cause Number DSM-13-01853.* A jury trial was conducted in the District Court on April 28, 2014 and April 29, 2014. On April 29, 2014, the jury convicted Benny Rivera Rodgers and Benny Rivera Rodgers was sentenced to two years in state

1

jail and a fine of $5000.00.

## II.

The United States Supreme Court does not obligate counsel representing a client on appeal to argue in support of grounds for reversal of the lower court's judgment when after a "conscientious examination" of the case, appellate counsel determines appeal to be "wholly frivolous." *Anders v. State of California*, 386 U.S. 738, 744 (1967). In such situations, the United States Supreme Court has outlined appropriate procedural steps to be taken by appellate counsel: 1) counsel is required to submit a brief examining the record for any point arguably in support of proper grounds for reversal on appeal; 2) counsel must furnish this brief to an indigent client enabling the client the right to file a pro-se brief based on points of appeal this individual maintains present proper grounds for appeal; and 3) counsel may request the appellate court grant counsel's request to withdraw from the obligation of providing further legal representation to the client on appeal. *Id.*

## III.

Counsel for BENNY RIVERA RODGERS has prepared and filed an "*Anders* Brief" on behalf of Appellant. After a conscientious examination of the case, including a diligent review of the Record and applicable authorities, Counsel finds an absence of meritorious grounds for appeal and further submits the basis of any appeal in this case would be frivolous in nature. Therefore, Amy Hennington, Counsel for Appellant, respectfully requests this Court acknowledge and approve her request to withdraw from her court-appointed duty of providing further legal representation to Appellant BENNY RIVERA RODGERS on original appeal.

Appellant's last known address is Bartlett State Jail, 1018 Arnold Drive, Bartlett, TX 76511.

**WHEREFORE, PREMISES CONSIDERED**, Counsel for Appellant prays that this Court grant this Motion To Withdraw As Court Appointed Counsel For Appellant BENNY RIVERA RODGERS.

Respectfully submitted

*/S/ Amy Hennington*

Amy Hennington
Attorney for Appellant
125 South Washington Street
San Angelo, Texas  76901
Tel: (325) 659-8929
Fax: (325) 482-8064
State Bar No. 00790866
amy@henningtonlaw.com

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the above and foregoing Motion was served on Assistant District Attorney Bryan Clayton, 119th Assistant District Attorney, Concho County, Texas, 124 W. Beauregard Ave., San Angelo, Texas 76903 on February 5, 2015

/S/ Amy Hennington .

Amy Hennington, Counsel for Appellant